UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

| | |
|---|---|
| KOMANG SUARBAWA; ANDI CHUSNIL WAFA; HARYONO PRASETYO; IBNU MALIK; SUMAWAN FNU; and ARIFFIN DARMANTO, by and through their next friend, BRANDI TRIONI,<br><br>  Petitioners,<br><br>   v.<br><br>DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Acting United States Attorney General; DAVID KLUEMPER, Supervisory Detention and Deportation Officer, United States Immigration and Customs Enforcement; KENNETH BARNETT, Supervisory Detention and Deportation Officer, United States Immigration and Customs Enforcement; JOHN RIFE, Field Office Director, Philadelphia Field Office, United States Immigration and Customs Enforcement, *in their official capacities,*<br><br>  Respondents. | Civ. Act. No.: 3:26-cv-00381 |

ORDER TO SHOW CAUSE

Upon consideration of the Petitioners' Petition for a Writ of Habeas Corpus, (ECF No. 1), **IT**

**IS HEREBY ORDERED** that:

1. Respondents shall file a written response on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Monday, June 8, 2026, at 9:00 A.M.**

1

2.  This matter shall be heard by this Court on **Monday, June 8, 2026, at 3:00 P.M.**

3.  Respondents shall not remove or facilitate the removal of Petitioners from the Southern District of West Virginia pending further order of the Court.  To the extent the Petitioners have already been removed from this jurisdiction, Respondents shall not transport Petitioners to a geographically further location or remove Petitioners from the United States pending further order of the Court.

4.  Respondents shall afford Petitioners the opportunity to confidentially consult with counsel so long as he remains in custody and shall facilitate future requests for phone calls by counsel within twenty-four (24) hours of counsel's requests.

5.  Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioners' property seized incident to detention is accounted for and that all such property can be immediately made available to Petitioners in the event Petitioners are released. To the extent Petitioners' property has already been removed from this jurisdiction, Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioners at the time of his release in the event Petitioner is released.

6.  Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia **FORTHWITH but no later than 5:00 P.M. on Thursday, June 4, 2026,** and shall constitute good and sufficient service on the federal defendants.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    June 4, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

1