IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

KOMANG SUARBAWA, et al.,

        Plaintiffs,

v.                                         CIVIL ACTION NO.   3:26-cv-00381

DAVID VENTURELLA, et al.,

        Defendants.

ORDER

      Pending before the Court is an Amended Petition for Writ of Habeas Corpus (the "Petition") filed by Petitioners Komang Suarbawa, Andi Chusnil Wafa, Haryono Prasetyo, Ibnu Malik, Sumawan Fnu, and Ariffin Darmanto ("Petitioners").  (ECF No. 8.)  The Amended Petition, (ECF No. 8), is **GRANTED.** [1]  Respondents are **ORDERED** to **RELEASE PETITIONERS IMMEDIATELY** from civil immigration custody, and the Court further **ORDERS** that any personal possessions belonging to Petitioners, including identification and other documentation to include legal documents, be returned to them.  The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners pending further order of this Court.

---

[1] This ruling is based on the Court's prior opinion, *Briceno Solano v. Mason*, No. 2:26-cv-00045, --- F. Supp. 3d ---, 2026, WL 311624 (S.D. W. Va. Feb. 4, 2026), which is adopted in its entirety, as well as other recent opinions of this Court, *see, e.g.*, *Larrazabal-Gonzalez v. Mason*, No. 2:26-CV-00049, ---F.Supp.3d ---, 2026 WL 221706 (S.D. W. Va. Jan. 28, 2026) (Goodwin, J.); *Gutierrez Aroca v. Mason*, No. 2:26-CV-00057, --- F. Supp. 3d ---, 2026 WL 357872 (S.D. W. Va. Feb. 9, 2026) (Goodwin, J.); *Gonzalez v. Aldridge*, No. CV 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026) (Chambers, J.); *Umarov v. Mason*, No. 2:26-CV-00081, 2026 WL 381614 (S.D. W. Va. Feb. 11, 2026) (Berger, J.).

The Show Cause Hearing previously scheduled for June 8, 2026, is therefore **CANCELLED**.[2]

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    June 8, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

---

[2] Accordingly, Petitioner's Motion for Writ of Habeas Corpus ad testificandum, (ECF No. 6), is **DENIED AS MOOT**.